Deverie J. Christensen
Nevada State Bar No. 6596
Joshua A. Sliker
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
       joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc. aka Tesla Motors, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DOBBINS,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., (a.k.a. TESLA MOTORS, INC.) a Delaware Corporation; DOES I-X; and, ROE Business Entities I-X,<br><br>Defendants. | Case No. 3:21-cv-00398-RCJ-WGC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff Terrance Dobbins ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Tesla, Inc.("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have a two week extension up to and including September 21, 2021, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint is currently due on September 7, 2021.

2. A brief extension is necessary due to Defense Counsel's illness. Defense Counsel had a minor medical procedure last week and two days later became ill with the flu, which has kept counsel out of the office for over a week. Defense Counsel requested a brief extension and Plaintiff's Counsel kindly extended the courtesy.

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 2nd day of September, 2021.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Bar No. 6375 <br> 7435 W. Azure Drive, Ste. 110 <br> Las Vegas, Nevada 89130 <br><br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Joshua A. Sliker, Bar No. 12493 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_William G. Cobb_
United States Magistrate Judge

Dated: September 3, 2021

4822-6092-9273, v. 1