Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

Stephanie A. Stroup *(Admitted Pro Hac Vice)*
California State Bar No. 235071
**Tesla, Inc.**
901 Page Avenue
Fremont, California 94538
Email: sstroup@tesla.com

*Attorneys for Defendant*
*Tesla, Inc. aka Tesla Motors, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRANCE DOBBINS, | Case No. 3:21-cv-00398-RCJ-CSD |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TESLA, INC., (a.k.a. TESLA MOTORS, INC.) a Delaware Corporation; DOES I-X; and, ROE Business Entities I-X, | |
| Defendants. | |

Defendant Tesla, Inc., (a.k.a. TESLA MOTORS, INC.), by and through its counsel of record, and Plaintiff Terrance Dobbins, by and through his counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 3rd day of May, 2023.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* | */s/ Deverie J. Christensen* |
| James P. Kemp, Bar No. 6375 | Deverie J. Christensen, Bar No. 6596 |
| 7435 W. Azure Drive, Ste. 110 | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
Robert C. Jones, United States District Court

Dated: May 3, 2023

4860-6269-6289, v. 1